854 F.2d 1323
 Rice (Dorothy) d/b/a Little Flower Day Care Center
v.
State of New Mexico, Anaya (Toney), Vigil (Juan), Goldberg
(Joseph), Phillips (Vicki), Goodman (Neil), Schiff (Steven
H.), Trujillo (Josephine), Dodson (Dorian), Zobisch (Vicki),
Burkhart (Michael J.), Garcia (Alfredo), Newman (Annette)
 NO. 86-2188
 United States Court of Appeals,
Tenth Circuit.
 JUL 25, 1988
 Appeal From: D.N.M., 642 F.Supp. 212
 
 1
 AFFIRMED.